UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT CAWTHON,

                    Plaintiff,

            - against -                        25-cv-3209 (JGK)

                                               ORDER

YONGCHUNKAERQIMAOYIYOUXIANGONGSI, ET
AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was July 16, 2025. To date, no answer has been filed.

The time for the defendants to answer or respond to the complaint is extended to **August 6, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on the defendants and file proof of service on the docket by **July 30, 2025**.

SO ORDERED.

Dated:    New York, New York
          July 23, 2025

                                    _____
                                           John G. Koeltl
                                    United States District Judge