**NISSENBAUM LAW GROUP, LLC**

**NISSENBAUM LAW GROUP, LLC**
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. ♥
LAURA J. MAGEDOFF, ESQ. ☐
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM K. SINGH, ESQ. ∆
RYAN N. FERNANDEZ, ESQ. ○
SALMA A. ATTIA, ESQ. ◊
SANA Q. SHEIKH, ESQ. ∆

ANDERS E. WENSTRAND, ESQ. ▵

SENIOR PARALEGALS
 CAROLE ZEMPEL
 KAITLYN SCHUMACHER
PARALEGALS
 AMANDA MILLER
 ALEXANDRA LLAVERIAS
 NATALIE GOMEZ

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

♥ Admitted in NJ, NY, PA, TX & DC
☐ Admitted in NJ, NY, PA & TX
∞ Admitted in NJ, NY & PA
○ Admitted in NJ, NY & TX
▵ Admitted in NJ, NY & AZ
∆ Admitted in NJ & NY
◊ Admitted in NJ

MEETINGS BY APPOINTMENT ONLY

*The August 5, 2025 Conference is adjourned sine die. So ordered.*
*JGKoeltl USDJ*
*7/29/25*

July 28, 2025

**VIA ECF**
Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **Scott Cawthon v. Yongchunkaerqimaoyiyouxiangongsi a/k/a Qingxia Yao, et al.**
      **Docket No.: 1:25-cv-03209-JGK**

Dear Judge Koeltl:

Our office represents plaintiff Scott Cawthon ("**Plaintiff**") in the above-captioned matter. We write regarding the initial conference currently scheduled for August 5, 2025.

As an initial matter, we respectfully note that our office has engaged an investigative firm based in China to verify the defendants' Yongchunxianyabonimaoyishanghang a/k/a Yuhua Tu, Yongchunkaerqimaoyiyouxiangongsi a/k/a Qingxia Yao, Kaqier and Ktveih (collectively, "**Defendants**") purported addresses in order to effectuate service of the filings in this matter. Thus, Defendants have not appeared or otherwise responded, as they have not yet been served. In the meantime, we have provided the pleadings to the defendants via email at the addresses they provided in their counter-notices.

In light of the foregoing, we respectfully request that the Court adjourn the August 5th initial conference be adjourned pending Defendants' appearance in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NISSENBAUM LAW GROUP, LLC

BY: __/s/ Anthony C. Gunst, IV__
Anthony C. Gunst, IV