UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT CAWTHON,

              Plaintiff,

  - against -

YONGCHUNKAERQIMAOYIYOUXIAN-
GONGSI, ET AL.,

              Defendants.

---

**25-cv-3209 (JGK)**

**Order**

---

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer the complaint was originally May 11, 2026. See ECF No. 27. To date, no answer has been filed.

The time for the defendants to answer or respond to the complaint is extended until **June 24, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff shall serve a copy of this Order on the defendants and file proof of service on the docket by **June 15, 2026.**

SO ORDERED.

Dated:    New York, New York
        June 10, 2026

                           John G. Koeltl
                   United States District Judge