**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SCOTT CAWTHON,**

**Plaintiff,**

**- against -**

**YONGCHUNKAERQIMAOYIYOUXIAN GONGSI, ET AL.,**

**Defendants.**

**25-cv-3209 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The time for the defendants to respond to the complaint is extended to **September 9, 2026.** If the defendants fail to respond to the complaint by September 9, 2026, the plaintiff may move by order to show cause for a default judgment. The plaintiff should serve this order on the defendants by the method of service previously authorized and file an affidavit of service by **August 31, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**August 27, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**